**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re Application of

*Yves Bouvier*

for an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in Foreign Proceedings

Case No. 26 Misc. _____

## *EX PARTE* APPLICATION FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782 TO CONDUCT DISCOVERY FOR USE IN FOREIGN PROCEEDINGS

Applicant Yves Bouvier (hereinafter "Applicant"), by and through his undersigned counsel, Kellner Herlihy Getty & Friedman LLP, along with the Declaration of French counsel Philippe Valent, dated July 15, 2026 and the accompanying exhibit, the Declaration of Thomas Vandenabeele Esq. dated July 20, 2026, and the Memorandum of Law, respectfully submits this Application for judicial assistance pursuant to 28 U.S.C. § 1782, in obtaining documentary evidence for use in foreign proceedings. Applicant seeks evidence from Sotheby's, Inc. ("Respondent"), which is found in this District.

Applicant satisfies each of the three statutory requirements set forth in 28 U.S.C. § 1782. *First*, the Respondent from whom discovery is sought is found within the Southern District of New York. *Second*, the discovery sought by Applicant is "for use" in connection with the pending criminal proceedings in France (the "Foreign Proceeding") as described in the accompanying Declaration of Philippe Valent. *Third*, Applicant is an interested person because it is a party to the Foreign Proceeding.

Further, each of the discretionary factors established in *Intel Corp. v. Advanced Micro Devices, Inc.*, 542 U.S. 241, 265-65 (2004), militates in favor of granting this Application. *First*, there is no expectation that the Respondent from whom discovery is sought will be a participant in the Foreign Proceeding, and, as such, this Application constitutes the only practical and timely

method for obtaining the needed evidence for use there. *Second*, there is no indication that the foreign tribunal would be unreceptive to the evidence. *Third*, the documentary evidence sought through the instant Application would likely be admissible in the Foreign Proceeding and would not otherwise circumvent any proof-gathering restriction under French law. *Fourth*, the discovery sought through this Application is not unduly intrusive or burdensome because it is of limited scope. The proposed requests to Respondent seek records held by it related to artworks or proceeds received in response to the artworks' sale from January 1, 2024, to December 31, 2024.

Accordingly, for the reasons described in the accompanying Declaration of French counsel Philippe Valent and the accompanying exhibit, the Declaration of Thomas Vandenabeele Esq., and the Memorandum of Law, Applicant respectfully requests that the Court issue an Order in the proposed or substantially similar form as the accompanying Proposed Order (1) granting judicial assistance pursuant to 28 U.S.C. § 1782, (2) authorizing Applicant to serve the subpoena attached hereto as <u>Exhibit A</u>, and (3) waiving service by Applicant of this Application on the Foreign Defendant Mr. Perreti, the Discovery Targets and the Respondent of the Order and subpoena.

Dated: July 20, 2026

Respectfully submitted,

Thomas Vandenabeele
Merielen Dal Ri Ziviani

KELLNER HERLIHY GETTY & FRIEDMAN LLP
*Attorneys for Applicant*
470 Park Avenue South–7th Floor
New York, NY 10016-6819
Telephone: 212-889-2121
tv@khgflaw.com
m.dalriziviani@khgflaw.com